

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-19-00369-CV

| | | |
|---|---|---|
| CENTURY SPORTS WEARS, INC. D/B/A WYNFORD WHOLESALE, PERVEZ DAREDIA, AND SHARAF DAREDIA, Appellants | § § § § § | On Appeal from the 362nd District Court<br><br>of Denton County (19-3906-362)<br><br>December 5, 2019 |
| v. | | |
| WALLIS BANK F/K/A WALLIS STATE BANK, Appellee | | Opinion by Chief Justice Sudderth |

## JUDGMENT

This court has considered the record on appeal in this case and holds that the appeal should be dismissed. It is ordered that the appeal is dismissed.

It is further ordered that appellants Century Sports Wears, Inc. d/b/a Wynford Wholesale, Pervez Daredia, and Sharaf Daredia shall pay all of the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By ___/s/ Bonnie Sudderth_____
   Chief Justice Bonnie Sudderth